UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

RO'SEAN DENARD NEWSON

VS.

WARDEN JEFFREY TRAVIS

CIVIL ACTION NO. 07-1382

SECTION P

JUDGE DRELL

MAGISTRATE JUDGE KIRK

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and noting the absence of objections by petitioner, and having determined that the findings and recommendation are correct under the applicable law;

**IT IS ORDERED** that the instant petition for writ of *habeas corpus* be **DENIED AND DISMISSED WITH PREJUDICE** because these claims were not fairly presented to the Louisiana Supreme Court on collateral review and while these claims are "technically exhausted" since no state court remedies remain available to the petitioner, the claims are now considered procedurally defaulted; and, alternatively because it plainly appears from the face of the petition and exhibits that the petitioner is not entitled to relief.

**THUS DONE AND SIGNED**, in chambers, in Alexandria, Louisiana, on this ____10th____ day of ____October____, 2007.

DEE D. DRELL
UNITED STATES DISTRICT JUDGE